IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No.: 1:08MJ00239GSA |
| Plaintiff, | ) |
| v. | ) ORDER UNSEALING<br>) COMPLAINT AND<br>) WARRANTS OF ARREST |
| STEVEN WALTER BUTTS<br>KAREN JEAN FREYLING<br>STEVEN ALAN LOBUE<br>RAYMOND PAUL MOTT<br>EARL EDWARD RIEDEL, | ) |
| Defendants. | ) |

Because the defendants have been arrested based on warrants connected to the complaint in this case that previously had been sealed, there is now good cause to unseal the complaint.

IT IS ORDERED that the complaint be unsealed.

Dated:   October 9, 2008         /s/ Dennis L. Beck
                                 Dennis L. Beck
                                 United States Magistrate Judge

1