BENJAMIN B. WAGNER
United States Attorney
DAVID L. GAPPA
MATTHEW D. SEGAL
Assistant U.S. Attorneys
4401 Federal Building
2500 Tulare Street
Fresno, California  93721
Telephone:  (559) 497-4000

IN THE  UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | 01: 08-Cr-00384 OWW |
| ) | |
| Plaintiff, ) | STIPULATION REGARDING |
| ) | RESTITUTION OWED BY DEFENDANT |
| v. ) | RAYMOND MOTT and ORDER |
| ) | |
| RAYMOND MOTT, ) | |
| ) | |
| Defendant. ) | |
| ) | |
| ) | |

The parties have reached the following agreements regarding the issue of restitution and request that the court issue the accompanying proposed order.

    1.)   The defendant previously agreed that the Mandatory Victim Restitution Act requires the Court to order restitution to the victims of certain offenses.  In addition to that restitution, the defendant agrees that the Court may order full restitution to any person who would qualify as a victim of the following offenses under 18 U.S.C. § 3663 or 3663A had the defendant been convicted of such an offense: 18 U.S.C. § 2318

|   |   |   |
|---|---|---|
| 1 | | (Counterfeit labels).  Payment should be by cashier's or |
| 2 | | certified check made payable to the Clerk of the Court. |
| 3 | 2.) | The government has identified numerous persons and/or |
| 4 | | entities who are, for purposes of restitution in this |
| 5 | | case, victims.  Their identifying information has been |
| 6 | | provided to the defendant and will be provided to the |
| 7 | | United States Probation Office and court for purposes of |
| 8 | | preparing an amended judgement and to account for |
| 9 | | payments made by the defendant. |
| 10 | 3.) | The defendant will pay restitution in amount of |
| 11 | | $7500.00, as directed by the United States Probation |
| 12 | | Office.  The United States District Court for the |
| 13 | | Eastern District of California will disburse payments to |
| 14 | | identified victims. |
| 15 | 4.) | The defendant understands and agrees that his obligation |
| 16 | | to pay $7500.00 in restitution to victims in this case |
| 17 | | will remain regardless of any amount(s) of restitution |
| 18 | | that any other co-defendant may or may not also make in |
| 19 | | satisfaction of any judgement in this case.. |

                                        Respectfully submitted,

                                        BENJAMIN B. WAGNER
                                        Acting United States Attorney

DATED: September 24, 2010      By    /s/ DAVID L. GAPPA
                                     DAVID L. GAPPA
                                     Assistant U.S. Attorney

DATE: September 24, 2010       By    /s/ MARK COLEMAN
                                     MARK COLEMAN
                                     Attorney for Raymond Mott

                                   2

**ORDER**

The court has reviewed and considered the agreement of the parties regarding restitution.  Defendant MOTT is ordered to pay restitution in the amount of $7500 as directed by the United States Probation Office.

IT IS SO ORDERED.

**Dated:    October 13, 2010**                    **/s/ Oliver W. Wanger**
                                        UNITED STATES DISTRICT JUDGE