IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:08-CR-00384 LJO |
|---|---|
| Plaintiff, | |
| v. | [~~PROPOSED~~] ORDER ON MOTION FOR AN ORDER TO DISTRIBUTE AMENDED RESTITUTION AMOUNTS |
| RAYMOND MOTT, | |
| Defendant. | |

The United States has moved for an order directing the clerk of court to distribute restitution owed by defendant Raymond Mott to each below-listed victim in amounts approximately 3.0546 percent less than originally ordered. The clerk's office has indicated that such an order is necessary so that any funds collected to date can be disbursed. The clerk's office has collected less than approximately $657.00 from defendant Mott, but so far none of the money has been disbursed. The court originally ordered that Mott pay $7500 total in restitution, and the probation office identified a number of victims with claims that totaled $7736.28. In order that each victim be compensated equitably, the specific amount owed to each victim should be reduced in a proportionate amount by approximately 3.0546 percent. The amount that defendant Mott owes will not be reduced or increased, but any amount of restitution paid to any victim will be reduced slightly according to the information in the table below.

| Aimee | Bailey | $20.36 |
|---|---|---|

| # | First | Last | Amount |
|---|---|---|---|
| 1 | Nick | Bair | $195.22 |
| 2 | Michelle | Bennett | $2.58 |
| 3 | Carol | Bills | $40.48 |
| 4 | Melissa | Biter | $6.79 |
| 5 | Linda | Blow | $54.86 |
| 6 | Caitlin | Clark | $12.92 |
| 7 | Laurie | Cleveland | $5.20 |
| 8 | Norma | Cook | $109.41 |
| 9 | Rebecca | Cox | $36.47 |
| 10 | Christina | Delosh | $13.57 |
| 11 | Kimberly | Dixon | $136.48 |
| 12 | Sheila | Edney | $19.35 |
| 13 | Tim | Ellefson | $565.89 |
| 14 | Gary | Fisher | $90.36 |
| 15 | Shannyn | Galmines | $51.70 |
| 16 | Candy | Garcia | $32.31 |
| 17 | Hamed | Ghani | $118.91 |
| 18 | Laurel | Hickenbotham | $24.24 |
| 19 | Hilton | Hoyt | $12.90 |
| 20 | Anny | Kim | $19.39 |
| 21 | Chandra | Kosmicki | $15.16 |
| 22 | Tina | Lavigne | $161.57 |
| 23 | Jamie | Leese | $51.00 |
| 24 | Tana | Leibrano | $226.20 |
| 25 | Calah | Lopez | $149.63 |
| 26 | Tammie | MacAlexy | $10.31 |
| 27 | Yvonne | Miles | $2.26 |
| 28 | Renee | Miller | $3.55 |
|  | Tiffany | Peery | $9.69 |
|  | Robert | Pierson | $32.31 |
|  | William | Pratt | $11.93 |
|  | Mary | Peabody | $20.32 |
|  | Belinda | Richrow | $6.78 |
|  | Larry | Sailing | $75.82 |

2

| | | |
|---|---|---:|
| Mary | Scrimpshire | $26.04 |
| Jaqueline | Sorich | $25.85 |
| Judy | Spencer | $129.26 |
| Karen | Spicer | $4.85 |
| Uline | Suppliers | $337.83 |
| Tabeal | Uzziel | $64.62 |
| Dina | Wheeler | $47.44 |
| Heidi | Anderson | $24.24 |
| Sharon | Argueta | $13.55 |
| Lacey | Arreola | $10.32 |
| Geneva | Ashworth | $25.16 |
| Dan | Austin | $48.47 |
| Beth | Bailey | $8.07 |
| Victoria | Bakke | $20.33 |
| Cherie | Ball | $7.74 |
| P | Bass | $342.54 |
| Stephanie | Batenhorst | $13.57 |
| Bonnie | Bowman | $9.04 |
| Toni | Bramall | $15.18 |
| Mandy | Brannam | $9.04 |
| Courtney | Bruner | $59.01 |
| George | Campros | $6.45 |
| Taylor | Cardon | $3.50 |
| Jana | Carpenter | $22.59 |
| Anita | Carter | $10.57 |
| Alex | Cerda | $40.98 |
| Maria | Chavez | $13.55 |
| Lynn | Christiansen | $16.45 |
| Priscilla | Christian | $11.30 |
| William | Churchill | $4.85 |
| Yvette | Ciancio | $6.45 |
| Kathryn | Cirgolo | $10.32 |
| Julie | Clark | $243.39 |
| Kimberly | Clear | $11.63 |

| | | | |
|---|---|---|---:|
| 1 | Louise | Coley | $9.04 |
| 2 | Kristin | Connolly | $9.04 |
| 3 | Jared | Cordon | $19.39 |
| 4 | Elizabeth | Cullen | $9.04 |
| 5 | Cheryl | Cussen | $5.16 |
| 6 | Candy | Dalton | $4.85 |
| 7 | Jolene | Dankemeyer | $11.93 |
| 8 | Michele | Darling | $10.00 |
| 9 | Lori | Dillon | $69.15 |
| 10 | Lester | Dixon | $27.46 |
| 11 | Jessica | Drew | $36.14 |
| 12 | Lauie | Drucker | $2.26 |
| 13 | Leshell | Duncan | $12.91 |
| 14 | Norman | Duncan | $5.82 |
| 15 | Andrea | Eikard | $8.08 |
| 16 | Cyndi | Evans | $24.24 |
| 17 | Karen | Evans | $92.93 |
| 18 | Ann | Faulk | $46.48 |
| 19 | Kim | Ferre | $6.78 |
| 20 | Randy | Ferrell | $18.72 |
| 21 | Evangeline | Ferrera | $31.61 |
| 22 | Kathy | Fitzpatrick | $10.64 |
| 23 | Aimee | Fontenot | $6.79 |
| 24 | Freya | Friedman | $18.07 |
| 25 | Leisa | Garcia | $67.41 |
| 26 | Jill | Geary | $11.61 |
| 27 | Melanie | Gomez | $25.85 |
| 28 | Kelsey | Granberg | $45.18 |
| | John | Green | $27.11 |
| | Jessie | Green | $27.11 |
| | Crystal | Halida | $2.58 |
| | Jack | Halley | $29.08 |
| | Julie | Hammond | $49.11 |
| | Sara | Harmon | $41.36 |

| | | | |
|---|---|---|---|
| 1 | Linda | Harper | $13.54 |
| 2 | Rob | Harris | $8.08 |
| 3 | Jerlyn | Haslam | $9.05 |
| 4 | Charlie | Hatley | $3.88 |
| 5 | Jenny | Heddens | $3.23 |
| 6 | Patricia | Henderson | $13.22 |
| 7 | Steffanie | Holdstock | $101.79 |
| 8 | Cortney | Holmes | $7.42 |
| 9 | William | Hyde | $2.58 |
| 10 | Shaban | Ibrahin | $7.11 |
| 11 | Karen | James | $32.27 |
| 12 | Briana | Jansing | $49.04 |
| 13 | Lori | Jenkins | $29.36 |
| 14 | Nona | Johnson | $118.10 |
| 15 | Anna | Kempf | $29.08 |
| 16 | Diane | Klein | $23.23 |
| 17 | Thomas | Kocinski | $171.59 |
| 18 | Jodi | Krysley | $14.52 |
| 19 | Kelly | Larsen | $15.81 |
| 20 | Lissette | Ledec | $17.74 |
| 21 | Megan | Lee | $1.93 |
| 22 | Steve | Lehto | $2.58 |
| 23 | Chevalier | Levasa | $32.31 |
| 24 | Karen | Lindner | $3.88 |
| 25 | Robyn | Luff | $6.13 |
| 26 | Colleen | Lukenich | $7.76 |
| 27 | Anabet | Lussier | $11.29 |
| 28 | Doris | Luther | $13.87 |
| | Theresa | MacArthur | $23.56 |
| | Sheila | Maddux | $39.04 |
| | Pedro | Madera | $10.31 |
| | Meghan | McBennett | $11.63 |
| | Ryan | McDowell | $14.84 |
| | Janice | McEver | $11.63 |

| | | |
|---|---|---:|
| Jolene | McGinnity | $91.31 |
| Joyce | McHugh | $180.06 |
| Marilyn | McLaughlin | $26.81 |
| Joseph | McPhail | $86.47 |
| Rebecca | Mercado | $39.04 |
| Della | Michie | $27.75 |
| Sandra | Miller | $12.90 |
| Jessika | Morgan | $2.26 |
| William | Morsett | $15.80 |
| Katherine | Muir | $22.59 |
| Quynh | Nguyen | $6.46 |
| Marianna | Novielli | $3.87 |
| Alexandra | Olmstead | $20.33 |
| Elizabeth | Osganian | $20.65 |
| Ed | Pereira | $16.48 |
| Sheila | Peterman | $36.14 |
| Anton | Plashler | $12.92 |
| Kathryn | Polston | $144.56 |
| Vernon | Pressley | $59.36 |
| William | Quinn | $20.33 |
| Todd | Quigley | $11.95 |
| Bill | Rasmussen | $5.15 |
| George | Reed | $12.90 |
| Patrica | Reuter | $37.48 |
| Rosa | Rivera | $25.85 |
| Michelle | Roberts | $18.07 |
| Thelma | Rodriguez | $21.95 |
| Cynthia | Ruse | $11.30 |
| Derek | Ryan | $19.04 |
| Ronda | Salter | $13.54 |
| Javra | Sanchez | $12.26 |
| Misty | Sanchez | $8.55 |
| Nitzavelisse | Santos | $11.29 |
| Brandon | Schimmer | $10.32 |

| | | |
|---|---|---|
| Terrence | Schull | $8.07 |
| Jackie | Schultz | $8.07 |
| Krysta | Schwartz | $4.52 |
| Rebecca | Schworm | $32.31 |
| Cheryl | Sharum | $45.83 |
| David | Shippee | $17.74 |
| Sheila | Silver | $9.68 |
| Angela | Snell | $5.17 |
| Kelli | Sprinkel | $19.66 |
| Kelly | Steimel | $8.39 |
| Karen | Strain | $33.22 |
| W | Sumner | $5.82 |
| Anngi | Suseno | $10.75 |
| Erik | Swanson | $8.71 |
| Chandra | Tackney | $19.39 |
| Helen | Tanner | $24.22 |
| Randal | Taylor | $12.92 |
| Iris | Thompsonel | $11.29 |
| Pama | Tucker | $38.71 |
| Wanda | Urbina | $10.64 |
| Jennifer | Vetter | $12.91 |
| Kristin | Villasuso | $1.61 |
| Gabriela | Vidal | $4.52 |
| Tuyen | Vo | $9.68 |
| Debra | Wallace | $4.52 |
| Gary | Weddleton | $38.78 |
| Bethany | Wilk | $72.71 |
| Brenda | White | $26.79 |
| Marlanda | Williams | $11.93 |

///

///

///

7

| Kyle | Wilson | $155.11 |
|---|---|---|
| Sandy | Wilson | $74.87 |
| Karen | Younggreen | $11.29 |

IT IS SO FOUND.

IT IS SO ORDERED.

Dated:   **April 11, 2023**

UNITED STATES DISTRICT JUDGE

8